UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| RALPH GRANT ) | |
| ) | |
| v. ) | CIVIL NO.  2:18-cv-00309-NT |
| ) | |
| ERICKSON AND RALPH INC ) | |
| d/b/a ) | |
| RALPH'S HOME SALES ) | |

ORDER OF DISMISSAL

This action having been reported settled by counsel on October 10, 2018, and counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

FOR THE COURT.

                                                                       CHRISTA K. BERRY
                                                                       CLERK

                          By:

                                                                       /s/ Melody Whitten
                                                                       Deputy Clerk

Dated this 10th day of December, 2018.