IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| RALPH GRANT, | Civil Action No. 2:18-cv-309-NT |
| Plaintiff, | |
| v. | |
| ERICKSON AND RALPH, INC., d/b/a RALPH'S HOME SALES | |
| Defendants, | |

## STIPULATION OF DISMISSAL

NOW COME all the parties to this action, pursuant to F. R. Civ. P. 41(a)(1)A)(ii) stipulate that this case is hereby dismissed with prejudice and without costs.

Dated: January 2, 2019

  /s/ Peter Mancuso      　　　　　　　　　　  /s/ Tara Walker    
Peter Mancuso　　　　　　　　　　　　　　Tara Walker
Bar No. 5521　　　　　　　　　　　　　　　Bar No. 5099
Andrew Schmidt Law, PLLC　　　　　　　　Bernstein Shur
97 India St.　　　　　　　　　　　　　　　100 Middle Street
Portland, Maine 04101　　　　　　　　　　P.O. Box 9729
*Attorneys for the Plaintiff*　　　　　　　　Portland, Maine 04104
　　　　　　　　　　　　　　　　　　　　*Attorneys for the Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 2, 2019 I served a copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following counsel:

Tara Walker
Sara Hellstedt
Ann Freeman
*Attorneys for Defendant Erickson & Ralph, Inc.,
d/b/a Ralph's Homes*

Bernstein Shur
100 Middle Street, PO Box 9729
Portland, ME 04104

Dated: January 2, 2019

    /s/Peter Mancuso
Peter Mancuso
Andrew Schmidt Law, PLLC
97 India St.
Portland, Maine 04101
207-619-0884
Peter@MaineWorkerJustice.com

*Attorneys for the Plaintiff*